[No. 31583-8-I.   Division One.   July 25, 1994.]

THE STATE OF WASHINGTON, *on the Relation of Norm Maleng, as Prosecuting Attorney for King County, Respondent,* v. GEORGE FREEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-06736-3, Norman W. Quinn, J., entered October 2, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Agid, J.

[No. 31164-6-I.   Division One.   July 25, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. LINDA BRYANT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-03420-2, Anthony P. Wartnik, J., entered July 8, 1992. *Reversed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 15673-3-II.   Division Two.   July 25, 1994.]

OLSON ELECTRIC COMPANY, INC., *Appellant*, v. ALBERT C. ANGELO, SR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 88-2-02624-0, Robert L. Harris, J., entered December 20, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 15433-1-II.   Division Two.   July 25, 1994.]

JOHN A. SHOEMAKER, *Appellant*, v. PAMELA J. RUSHING, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-2-02632-1, Terence Hanley, J., entered October 4, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.